UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald Stolle, | ) | CASE NO. 5:12CV1488 |
| Plaintiff, | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| John Thornton, | ) | **VERDICT FOR DEFENDANT** |
| Defendant. | ) | |

We, the jury in this case, being duly impaneled and sworn, find in favor of the Defendant, John Thornton, on Plaintiff Ronald Stolle's claim, and we do so render our verdict based upon a unanimous vote. Each of us said jurors concurring in said verdict signs his/her name hereto this _14th_ day of _January_, 2014.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

RONALD STOLLE,

    Plaintiff,

v.

JOHN THORNTON,

    Defendant.

Case No. 5:12CV1488

Judge John R. Adams

JURY INTERROGATORIES

## INTERROGATORY NO. 1

Do you find that Dr. Stolle has proven by the preponderance of the evidence that Dr. Stolle's protected speech was a substantial or motivating factor in Defendant John Thornton's decision not to renew Dr. Stolle's employment contract?

CIRCLE YOUR ANSWER IN INK    YES or **(NO)**

If YES, proceed to Interrogatory No. 2.

If NO, enter judgment in favor of John Thornton on Defense Verdict Form.

## INTERROGATORY NO. 2

Do you find from that Dr. Thornton has proven by a preponderance of the evidence that he would have made the same decision not to renew Plaintiff Stolle's employment contract even in the absence of the protected speech?

CIRCLE YOUR ANSWER IN INK    YES or NO

If YES, enter judgment in favor of John Thornton on Defense Verdict Form

If NO, enter judgment in favor of Ronald Stolle on Plaintiff Verdict Form.