UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ronald Stolle, | ) | CASE NO.  5:12CV1488 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| vs. | ) | |
| | ) | |
| Kent State University, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This action came on for trial before a jury and the issues having been duly tried and the jury having rendered its general verdict accompanied by answer to interrogatories:

IT IS ORDERED AND ADJUDGED that Plaintiff Ronal Stolle recover nothing from Defendant John Thornton.  Judgment is hereby entered in favor of Defendant John Thornton.

IT IS SO ORDERED.


DATED:  January 16, 2014                    */s/ John R. Adams*_____
                                                          Judge John R. Adams
                                                          UNITED STATES DISTRICT COURT